## Edward S. Gillespie, Appellee, v. Evie Gillespie, Incompetent, Defendant.
## Appeal of Hinda Samuels, Guardian ad Litem, Appellant.

### Gen. No. 43,417.

opinion filed April 11, 1946; rehearing denied May 15, 1946; released for publication May 16, 1946. William H. Temple and Sydney P. Brown, for appellant and defendant; Prescott, Burroughs & Taylor and Hugh E. Johnson, for appellee; Euclid Louis Taylor and Hugh E. Johnson, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.